## RECONSIDERATION OF PRIOR DECISIONS

**2001–1732. State v. Latorres.**

Ashtabula App. Nos. 2000–A–0060 and 2000–A–0062. Reported at 97 Ohio St.3d 1214, 2002-Ohio-5864, 777 N.E.2d 842. Motions denied.

LUNDBERG STRATTON, J., dissents and would grant the motion for reconsideration.

**2002–0720. Toledo Bar Assn. v. Cook.**

Reported at 97 Ohio St.3d 225, 2002-Ohio-5787, 778 N.E.2d 40. On motion for reconsideration. Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

**2002–1345. In re Lavery.**

Summit App. No. 20852, 2002-Ohio-3031. Reported at 97 Ohio St.3d 1422, 2002-Ohio-5820, 777 N.E.2d 276. On motion for reconsideration. Motion denied.

**2002–1379. Hooten v. Safe Auto Ins. Co.**

Hamilton App. No. C–010576. Reported at 97 Ohio St.3d 1423, 2002-Ohio-5820, 777 N.E.2d 275. On motion for reconsideration. Motion denied.

COOK, J., dissents and would allow on Propositions of Law Nos. I and II.

LUNDBERG STRATTON, J., dissents and would allow.

**2002–1394. Edstrom v. Universal Underwriters Ins. Co.**

Franklin App. No. 01AP–1009, 2002-Ohio-3334. Reported at 97 Ohio St.3d 1423, 2002-Ohio-5820, 777 N.E.2d 277. On motion for reconsideration. Motion denied.

COOK, J., dissents, would allow, and would hold this cause for the decision in 2002–0740 and 2002–0977, *Purvis v. Cincinnati Ins. Co.*, Greene App. No. 2001CA104, 2002-Ohio-1803.

LUNDBERG STRATTON, J., dissents and would allow.

**2002–1397. Estep v. Rieter Automotive N. Am., Inc.**

Lucas App. No. L–01–1216, 2002-Ohio-3411. Reported at 97 Ohio St.3d 1424, 2002-Ohio-5820, 777 N.E.2d 277. On motion for reconsideration. Motion denied.

**2002–1415. Hager v. Waste Technologies Industries.**

Columbiana App. No. 2000CO45, 2002-Ohio-3466. Reported at 97 Ohio St.3d 1424, 2002-Ohio-5820, 777 N.E.2d 278. On motion for reconsideration. Motion granted and discretionary appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–1417. Pearn v. DaimlerChrysler Corp.**

Summit App. Nos. 20643, 20704 and 20707, 148 Ohio App.3d 228, 2002-Ohio-3197. Reported at 97 Ohio St.3d 1424, 2002-Ohio-5820, 777 N.E.2d 278. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.